SALVATO CLEANING SERVICE, INC. v.
THE OHIO CASUALTY INSURANCE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF CORRECTIONS
v. ABDUL SALAAM ALI.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN WOOD.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRANCE LEE CONLEY.

June 19, 1984.

Petition for certification denied.